IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY DIANE DEWEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION FILE NO.: |
| : | 1:17-CV-1110-TWT-JCF |
| TRANS UNION, LLC, : | |
| : | |
| Defendant. : | |

**FINAL REPORT AND RECOMMENDATION**

Plaintiff filed this action alleging, *inter alia*, that Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Doc. 1). Defendant filed an answer to Plaintiff's complaint on May 26, 2017 (Doc. 4). On June 14, 2017, the parties filed a Notice of Settlement as to all pending claims (Doc. 4) indicating that settlement would be consummated within 30 days. No further action has been taken in this case. It is therefore **RECOMMENDED** that the Court **DISMISS, with prejudice**, this action, subject to the right of any party to reopen the case within 60 days from the date of entry of an Order adopting these recommendations if settlement is not consummated.

The Clerk is directed to terminate the reference of the above-captioned case.

**SO RECOMMENDED** this 18th day of July, 2017.

   */s/ J. CLAY FULLER*
   J. CLAY FULLER
   United States Magistrate Judge