IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY DIANE DEWEY,<br><br>    Plaintiff,<br><br>    v.<br><br><br>TRANS UNION LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:17-CV-1110-TWT |

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the case as a result of the settlement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of August, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Dewey\r&r.wpd